No. 539, Misc., October Term, 1948.  WILSON *v.* HINMAN ET AL., 336 U. S. 970.  Second petition for rehearing denied.

FEBRUARY 13, 1950.*

*Per Curiam Decisions.*

No. 419.  PLANKINTON PACKING Co. *v.* WISCONSIN EMPLOYMENT RELATIONS BOARD ET AL.

*Per Curiam:* The judgment is reversed.  *Bethlehem Steel Co.* v. *New York Labor Board,* 330 U. S. 767; *La Crosse Telephone Corp.* v. *Wisconsin Employment Relations Board,* 336 U. S. 18.  *Richard S. Gibbs* argued the cause for petitioner.  With him on the brief was *T. H. Spence.*  By special leave of Court, *Mozart G. Ratner* argued the cause for the National Labor Relations Board, as *amicus curiae,* urging reversal.  With him on the brief were *Solicitor General Perlman, Robert L. Stern, Robert N. Denham* and *David P. Findling. Beatrice Lampert,* Assistant Attorney General of Wisconsin, argued the cause for the Wisconsin Employment Relations Board, respondent.  With her on the brief were *Thomas E. Fairchild,* Attorney General, and *Stewart G. Honeck,* Deputy Attorney General.  *David Beznor* argued the cause and filed a brief for Stokes, respondent.  *Max Raskin* was of counsel for the United Packing House Workers (C. I. O.), respondent.

---

*MR. JUSTICE DOUGLAS took no part in the consideration or decision of the cases in which judgments or orders were this day announced.